```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

BIREKA ARSO, # 236543,

    Petitioner,

vs.   CIVIL ACTION NO. 22-00256-JB-B

REOSHA BUTLER,

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 20, 2022 (Doc. 10) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Bireka Arso's habeas corpus petition be **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2244(d)(1)(A), and that Arso is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE and ORDERED** this 12th day of October, 2022.

    /s/ JEFFREY U. BEAVERSTOCK
    CHIEF UNITED STATES DISTRICT JUDGE